**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| GERARDO MURUFO RODRIGUEZ,<br>Petitioner,<br>v.<br>ACTING WARDEN, FACILITY ADMINISTRATION GEO GROUP, et. al.,<br>Respondents. | Case No. EDCV 26-3422-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting in part and denying in part the Petition as follows: (1) granting the petition to the extent Respondents are enjoined from continuing to detain

Petitioner Gerardo Murrufo Rodriguez (A# 246-061-614) unless he is provided a new bond hearing within seven (7) days at which the government must bear the burden of proving, by clear and convincing evidence, that the Petitioner poses a flight risk or danger to the community; and otherwise denying the Petition; and (2) requiring Respondents to file a status report within eight (8) days advising the Court as to whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with the Court's Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 22, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE